IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, CARDIAC PACEMAKER, INC., GUIDANT LLC, AND GUIDANT SALES LLC, <br><br> Plaintiff/Counterclaim Defendants, <br><br> v. <br><br> MIROWSKI FAMILY VENTURES, LLC <br><br> Defendant/Counterclaim Plaintiff. | Civil Action No. 1:11-cv-0736 (WTL)(DKL) <br><br> **MIROWSKI FAMILY VENTURES, LLC'S MEMORANDUM IN SUPPORT OF MOTION FOR SANCTIONS REGARDING BOSTON SCIENTIFIC'S SPOLIATION OF EVIDENCE** |

# EXHIBIT 41
# AUGUST 31, 2012, MERRILL COMMUNICATIONS LLC INVOICE NO. 1399065

# MERRILL COMMUNICATIONS LLC



Location: DMS-NEW YORK MIDTOWN      Any Inquiries Call: 212-840-1133

Williams & Connolly LLP
725 Twelfth St. N.W.
Washington, DC 20005
Attn: Steven M. Pyser

**WILLIAMS & CONNOLLY LLP**

**SEP 11 2012**

**RECEIVED**

Invoice #: 1399065
Invoice Date: 31-AUG-12
Merrill Order #: 002-1516648
Client Matter #: 44911.0001
Date Received: 31-AUG-12
Salesperson: Gillis, James J

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Conversion to TIFF, Endorse, OCR, Media (initial request)** | | |
| | **Boston Scientific Corporation** | | |
| 12533 | Electronic Processing - File Conversion to TIFF (Color and B&W) | $.12 | $1,503.96 |
| 12533 | Electronic Processing - Image Endorsing<br>EY-BSC-AZID-EF-000001 - EY-BSC-AZID-EF-006881<br>EY-BSC-AVIR-EF-000001 - EY-BSC-AVIR-EF-002012<br>EY-BSC-AVIR-EM-000001 - EY-BSC-AVIR-EM-001305<br>EY-BSC-GAMX-09-000001 - EY-BSC-GAMX-09-000025<br>EY-BSC-GAMX-10-000001 - EY-BSC-GAMX-10-000055<br>EY-BSC-GAMX-11-000001 - EY-BSC-GAMX-11-000012<br>EY-BSC-AWS-06-000001 - EY-BSC-AWS-06-000023<br>EY-BSC-JPEA-EF-000001 - EY-BSC-JPEA-EF-000021<br>EY-BSC-KCAS-EF-000001 - EY-BSC-KCAS-EF-002199 | $.03 | $375.99 |
| 12533 | Electronic Processing - OCR | $.05 | $626.65 |
| 8 | Technical Labor<br>(Doclink, DCB Creation, TrueCrypt, Custom Placeholders, Data/File Manipulation) | $75.00 | $600.00 |
| 1.5 | Compiling project specifications and revisions based on the change orders; Project coordination and communication; Project deliverables customization | $95.00 | $142.50 |
| 3 | Media - DVD Master | $40.00 | $120.00 |

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

# MERRILL COMMUNICATIONS LLC



| Location: | DMS-NEW YORK MIDTOWN | Any Inquiries Call: 212-840-1133 |
|---|---|---|

Williams & Connolly LLP  
725 Twelfth St. N.W.  
Washington, DC 20005  
Attn: Steven M. Pyser

Invoice #: 1399065  
Invoice Date: 31-AUG-12  
Merrill Order #: 002-1516648  
Client Matter #: 44911.0001  
Date Received: 31-AUG-12  
Salesperson: Gillis, James J

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
|  | Subtotal: |  | $3,369.10 |
|  | Messenger and Freight: |  | $.00 |
|  | Postage and Handling: |  | $.00 |
|  | Tax: |  | $273.05 |
|  | Total Invoice USD: |  | $3,642.15 |

Please Wire Payment to:  
USBank  
601 Second Avenue South  
Minneapolis, MN 55402  
ABA Routing  
SWIFT CODE  
For Credit to Merrill Corporation Acct  
Please reference Merrill invoice number on your payment.

REMIT TO:  
MERRILL COMMUNICATIONS LLC  
CM-9638  
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE  
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271