IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, CARDIAC PACEMAKER, INC., GUIDANT LLC, AND GUIDANT SALES LLC, <br><br> Plaintiff/Counterclaim Defendants, <br><br> v. <br><br> MIROWSKI FAMILY VENTURES, LLC <br><br> Defendant/Counterclaim Plaintiff. | Civil Action No. 1:11-cv-0736 (WTL)(DKL) <br><br> **MIROWSKI FAMILY VENTURES, LLC'S MEMORANDUM IN SUPPORT OF MOTION FOR SANCTIONS REGARDING BOSTON SCIENTIFIC'S SPOLIATION OF EVIDENCE** |

# EXHIBIT 42
# AUGUST 31, 2012, MERRILL COMMUNICATIONS LLC INVOICE NO. 1399073

# MERRILL COMMUNICATIONS LLC



| Location: | DMS-NEW YORK MIDTOWN | | Any Inquiries Call: | 212-840-1133 |

Williams & Connolly LLP
725 Twelfth St. N.W.
Washington, DC 20005
Attn: Steven M. Pyser

WILLIAMS & CONNOLLY LLP
SEP 11 2012
RECEIVED

Invoice #: 1399073
Invoice Date: 31-AUG-12
Merrill Order #: 002-1518584
Client Matter #: 44911.0001
Date Received: 31-AUG-12
Salesperson: Gillis, James J

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Conversion to TIFF, Endorse, OCR, Media (additional NSF data)** | | |
| | **Boston Scientific Corporation** | | |
| 45883 | Electronic Processing - File Conversion to TIFF (B&W) | $.04 | $1,835.32 |
| 45883 | Electronic Processing - Image Endorsing (EY-BSC-AZID-EM-0000001 - EY-BSC-AZID-EM-0045883) | $.03 | $1,376.49 |
| 45883 | Electronic Processing - OCR | $.05 | $2,294.15 |
| 14 | Technical Labor (Doclink, DCB Creation, TrueCrypt, Custom Placeholders, Data/File Manipulation/Splitting) | $75.00 | $1,050.00 |
| 1 | Compiling project specifications and revisions based on the change orders; Project coordination and communication; Project deliverables customization | $95.00 | $95.00 |
| 8 | Media - DVD Master | $40.00 | $320.00 |

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID: 41-2007271

Page 1 of 2

*fwd to acct 9-12-12*

# MERRILL
# COMMUNICATIONS LLC



| Location: | DMS-NEW YORK MIDTOWN | Any Inquiries Call: | 212-840-1133 |
|---|---|---|---|
| | Williams & Connolly LLP | Invoice #: | 1399073 |
| | 725 Twelfth St. N.W. | Invoice Date: | 31-AUG-12 |
| | Washington, DC 20005 | Merrill Order #: | 002-1518584 |
| Attn: | Steven M. Pyser | Client Matter #: | 44911.0001 |
| | | Date Received: | 31-AUG-12 |
| | | Salesperson: | Gillis, James J |

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | Subtotal: | | $6,970.96 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $517.05 |
| | **Total Invoice USD:** | | **$7,488.01** |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN 55402
ABA Routing
SWIFT CODE
For Credit to Merrill Corporation Acct
Please reference Merrill invoice number on your payment.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271