IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BOSTON SCIENTIFIC CORPORATION, CARDIAC PACEMAKER, INC., GUIDANT LLC, AND GUIDANT SALES LLC, | ) ) ) ) Civil Action No. 1:11-cv-0736 (WTL)(DKL) ) |
| Plaintiff/Counterclaim Defendants, | ) MIROWSKI FAMILY VENTURES, ) LLC'S MEMORANDUM IN SUPPORT |
| v. | ) OF MOTION FOR SANCTIONS ) REGARDING BOSTON SCIENTIFIC'S |
| MIROWSKI FAMILY VENTURES, LLC | ) SPOLIATION OF EVIDENCE ) |
| Defendant/Counterclaim Plaintiff. | ) ) |

# EXHIBIT 43
# SEPTEMBER 24, 2012, MERRILL COMMUNICATIONS LLC INVOICE NO. 1405987

# MERRILL COMMUNICATIONS LLC



| Location: | DMS-NEW YORK MIDTOWN | Any Inquiries Call: | 212-840-1133 |

Williams & Connolly LLP
725 Twelfth St. N.W.
Washington, DC 20005
Attn: Steven M. Pyser

WILLIAMS & CONNOLLY LLP

OCT 09 2012

RECEIVED

Invoice #: 1405987
Invoice Date: 24-SEP-12
Merrill Order #: 002-1518553
Client Matter #: 44911.0001
Date Received: 05-SEP-12
Salesperson: Gillis, James J

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | **Conversion to TIFF, Endorse and OCR** | | |
| | **Boston Scientific Corporation** | | |
| 1 | Media - DVD Master | $40.00 | $40.00 |
| 1 | Labor - Technical Labor<br>(Data transfer/monitor to perform Media duplication) | $125.00 | $125.00 |
| 2413 | Electronic Processing - File Conversion to TIFF | $.12 | $289.56 |
| 2413 | Electronic Processing - Image Endorsing | $.03 | $72.39 |
| 2413 | Electronic Processing - OCR | $.05 | $120.65 |
| 4 | Labor -Technical Labor - FTP/Email File Transfer | $125.00 | $500.00 |

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID : 41-2007271

# MERRILL COMMUNICATIONS LLC



| Location: | DMS-NEW YORK MIDTOWN | Any Inquiries Call: 212-840-1133 |
|---|---|---|

Williams & Connolly LLP
725 Twelfth St. N.W.
Washington, DC  20005
Attn:    Steven M. Pyser

Invoice #: 1405987
Invoice Date: 24-SEP-12
Merrill Order #: 002-1518553
Client Matter #: 44911.0001
Date Received: 05-SEP-12
Salesperson: Gillis, James J

Terms: Due upon receipt, sold FOB Merrill facility

| QTY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
| | Subtotal: | | $1,147.60 |
| | Messenger and Freight: | | $.00 |
| | Postage and Handling: | | $.00 |
| | Tax: | | $46.38 |
| | **Total Invoice USD:** | | $1,193.98 |

Please Wire Payment to:
USBank
601 Second Avenue South
Minneapolis, MN  55402
ABA Routing
SWIFT CODE
For Credit to Merrill Corporation Acct
Please reference Merrill invoice number on your payment.

REMIT TO:
MERRILL COMMUNICATIONS LLC
CM-9638
ST. PAUL, MN 55170-9638

PLEASE PAY FROM THIS INVOICE
(1.5% SERVICE CHARGE PER MONTH ADDED TO PAST DUE ACCOUNTS)

FEDERAL TAX ID :   41-2007271